■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANCES V. ARDITO, Respondent, v MANUEL TRUJILLO, as Director of South Beach Psychiatric Center, Respondent and DISTRICT ATTORNEY OF SUFFOLK COUNTY, Appellant. — In a habeas corpus proceeding, the appeal is from an order of the Supreme Court, Richmond County (Goldberg, J.), dated July 7, 1981, which, *inter alia,* denied a motion to transfer the proceeding to Suffolk County. Appeal dismissed, without costs or disbursements. No appeal lies from an intermediate order entered in a habeas corpus proceeding (CPLR 7011; *Sassower v Finnerty,* 68 AD2d 936; *State of New York ex rel. Wallace v Lhotan,* 48 AD2d 665; *People*

*ex rel. Tatra v McNeill,* 19 AD2d 845). Weinstein, J. P., Thompson, Bracken and Boyers, JJ., concur.